IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 17-234 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| JOSEPH ABBINANTI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion (Doc. 41) for compassionate release, based on Covid-19 related health concerns, will be denied. Having reviewed all of the materials in the record, the Court concludes that Defendant has not shown extraordinary and compelling reasons warranting his release. Most saliently, the government has shown that Defendant has been fully vaccinated. *See* Doc. 47 (sealed) at pg. 117 of 231. Defendant's rather modest residual risk does not warrant release. *See. e.g.*, U.S. v. Watkins, 2021 WL 1627765, *2 (W.D. Pa. Apr. 27, 2021) (collecting cases holding same); U.S. v. Conway, 2021 WL 1884861, *2–3 (D. N.J. May 11, 2021) (same).

For these reasons, along with the others identified in the government's opposition (Doc. 46), Defendant's Motion (**Doc. 41**) for compassionate release is **DENIED**.

IT IS SO ORDERED.


May 13, 2021                                    s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Joseph Abbinanti
USMS 38675068
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV  26525